UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

      Plaintiffs,

vs.

      Case No.  3:16-cv-487-FLW-LHG

CARRIAGE SQUARE, LLC, a New Jersey
Limited Liability Company,

      Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

/s/ Asaad K. Siddiqi, Esq.
_____

Asaad K. Siddiqi, Esq. (AS9150)
Pashman, Stein, Walder, Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ   07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556
asiddiqi@pashmanstein.com
and
John P. Fuller, Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL   33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date:  6/21/16

_____
Andrew T. Walsh, Esq.
NJ State Reg. # 016431996
Chamlin, Rosen, Uliano & Witherington
268 Norwood Avenue
West Long Branch, NJ   07764
Telephone: (732)229-3200
Facsimile: (732)870-6205
atwalsh@chamlin-rosen.com
*Attorneys for Defendant*

Date:  4/4/16

# EXHIBIT A